UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-80617-CIV-SMITH

MARQUISHA HOLMES, *et al.*

    Plaintiffs,

vs.

WPB HOSPITALITY, LLC d/b/a
SPEARMINT RHINO GENTLEMAN'S
CLUB, *et al.*

    Defendants.
_____/

### ORDER OF FINAL DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on Plaintiffs' Notice of Voluntary Dismissal without Prejudice [DE 12]. Accordingly, it is

**ORDERED** that:

1. This matter is **DISMISSED with prejudice**.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. This case is **CLOSED**.

DONE AND ORDERED in Fort Lauderdale, Florida, this 12th day of June, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record